UNITED STATES DISTRICT COURT  **FILED**
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION   FEB 1 4 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:16-CR-98 |
| ) | JUDGE GREER |
| JAMES FITZGERALD SIMONTON, SR. ) | |
| also known as "Boogie," ) | TO BE SEALED |
| KAI TIERRE WILLIAMS, and ) | |
| JAMES FITZGERALD ROBINSON ) | |
| also known as "James Simonton, III," ) | |
| also known as "James West." ) | |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the superseding indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

Respectfully submitted, this the 14th day of February, 2017.

NANCY STALLARD HARR
United States Attorney

BY: *s/J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney